AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

——————— DISTRICT OF ———————

Jose A. Zambrana, Jr., Christopher
Sternowski, and Scott Sternowski

    Plaintiffs

v.

Western Mass. Bodyworks Unlimited, Inc.,
and Antonio J. Bordoni

    Defendnats

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30097 KPN

TO: (Name and address of defendant)

Antonio J. Bordoni
347 Elm Street
East Longmeadow, MA 01028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert L. Dambrov, Esq.
Cooley, Shrair P.C.
1380 Main Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

_Mary Finn_
(BY) DEPUTY CLERK

May 19, 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

May 26, 2004

I hereby certify and return that on 5/25/2004 at 02:12 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACTION COVER SHEET, CATEGORY SHEET & NOTIFICATION in this action in the following manner: To wit, by delivering in hand to ANTONIO J. BORDONI at 347 ELM Street, EAST LONGMEADOW, MA 01028 <>.Attestation X 1 ($5.00), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $36.00

Deputy Sheriff MICHAEL POWERS

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
   Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.