AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

—————————————————————— DISTRICT OF ——————————————————————

Jose A. Zambrana, Jr., Christopher
Sternowski, and Scott Sternowski,

        Plaintiffs

            v.

Western Mass. Bodyworks Unlimited, Inc.,
and Antonio J. Bordoni,

        Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30097 MPN

TO: (Name and address of defendant)    Western Mass. Bodyworks Unlimited, Inc.
347 Elm Street
East Longmeadow, MA 01028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address

Robert L. Dambrov, Esq.
Cooley, Shrair P.C.
1380 Main Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

TONY ANASTAS

CLERK

_Mary Finn_

(BY) DEPUTY CLERK

_May 19, 2004_

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|

Hampden County Sheriff's  •  1170 Main St.  •  P.O. Box 5005  •  Springfield, MA 01101-5005  •  (413) 732-5772

*Hampden, ss.*

<

I hereby certify and return that on 5/25/2004 at 02:12 pm I served a true and attested copy of the FEDERAL SUMMONS
& COMPLAINT W/CIVIL ACTION COVER SHEET, CATEGORY SHEET & NOTIFICATION in this action in the
following manner: To wit, by delivering in hand to ANTONIO BORDONI, , agent, person in charge at the time of service
for WESTERN MASS. BODYWORKS UNLIMITED, INC., , 347 ELM Street, EAST LONGMEADOW, MA
01028.Conveyance ($1.50), Travel ($3.20), Attestation X 1 ($5.00), Basic Service Fee ($30.00), Mailing1 ($1.00) Total
Charges $40.70

May 26, 2004

Deputy Sheriff  MICHAEL POWERS

_____
                              Deputy Sheriff

☐ Other *(specify):*_____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.