UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division

JOSE ZAMBRANA, JR., et al.,  )
              Plaintiff )
              )
v.                )
              )
WESTERN MASS. BODYWORKS )
UNLIMITED, et al.,      )
        Defendants )

Civil Action No.: 04-30097-KPN

ADMINISTRATIVE JOINT MOTION TO EXTEND FILING DATE OF JOINT STATEMENT

NOW COME the parties in the above-captioned matter, by and through their respective attorneys, and hereby respectfully request this Honorable Court grant the parties' joint motion to extend filing date of Joint Statement, in connection with the Scheduling Conference, scheduled for hearing on September 13, 2004.

As grounds for this motion, the parties report they are still negotiating settlement of this matter, if any. The Joint Statement is to be filed no later than September 7, 2004. The parties are requesting that the filing date of the Joint Statement be extended to no later than September 10, 2004.

WHEREFORE, Plaintiff and Defendant respectfully request this Honorable Court extend the filing date for the Joint Statement containing a proposed pretrial schedule to September 10, 2004.

Assented to:

Jose A. Zambrana, Jr., et. al.,
Plaintiffs, By Their Attorney,

_____
Robert L. Dambrov
Cooley, Shrair, P.C.
1380 Main Street
Springfield, MA 01103
BBO# 113160
Tel: 413/ 781-0750
Fax: 413/ 733-3042

Western Mass Bodyworks Unlimited, et. al.,
Defendants, By Their Attorney,

_____
Sheila L. Mulholland
LIEBEL, deSOUSA & MULHOLLAND
1391 Main Street, Ste. 822
Springfield, MA 01103
BBO# 359840
Tel: 413/ 781-1004
Fax: 413/ 736-2278

## CERTIFICATE OF SERVICE

I, Sheila L. Mulholland, attorney for the Defendants, Western Mass. Bodyworks Unlimited, Inc. and Antonio J. Bordoni, in the above-captioned matter hereby state that on this day I forwarded a copy of the foregoing via first class mail, postage prepaid, and facsimile transmission to the Plaintiffs, Jose Zambrana, Jr., Christopher Sternowki and Scott Sternowski, to their attorney, Robert L. Dambrov, Esq., of Cooley, Shrair, P.C., at 1380 Main Street, Springfield, MA 01103.

Dated: September 3, 2004

Sheila L. Mulholland