UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                    Civil Action No.: 04-30097-KPN

JOSE ZAMBRANA, JR., et al.,    )
         Plaintiff        )
                          )
v.                             )
                          )
WESTERN MASS. BODYWORKS)           STIPULATION OF
UNLIMITED, et al.,             )   DISMISSAL WITH
         Defendants       )   PREJUDICE

     NOW COME the parties in the above-captioned matter, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and hereby stipulate that said action be dismissed, with prejudice.

_____           _____
Jose A. Zambrana, Jr., Plaintiff           Western Mass Bodyworks Unlimited, Inc.
                                           By Antonio J. Bordoni, President

_____           _____
Scott Sternowski, Plaintiff                Antonio J. Bordoni, Individually

_____
Christopher Sternowski, Plaintiff


Dated: September 30, 2004